PROB 12C
(7/93)

Report Date: July 9, 2015

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eric Torres | Case Number: 0980 2:10CR02080-FVS-1 |
| Address of Offender: | Sunnyside, Washington 98944 |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: March 10, 2011

Original Offense:    Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 55 months;<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 20, 2014 | |
| Defense Attorney: | To be determined | Date Supervision Expires: May 19, 2017 | |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On July 2, 2015, Mr. Torres was arrested in Sunnyside, Washington, for possession of a controlled substance, methamphetamine, with intent to deliver (Yakima County Superior Court cause number 15-1-00991-1).<br><br>An incident report has been requested from the Sunnyside Police Department but has not yet been received.<br><br>Yakima County Superior Court records indicate the defendant is being charged with a controlled substance violation, methamphetamine. On July 6, 2015, he appeared in court and bail was set at $150,000.  His arraignment hearing is currently set for July 20, 2015. |

Prob12C
**Re: Torres, Eric**
**July 9, 2015**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 9, 2015

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

s/Fred Van Sickle
Signature of Judicial Officer

July 9, 2015
Date