# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eric Torres      Case Number: 0980 2:10CR02080-SAB-1

Address of Offender: ▮▮▮▮▮▮▮ Sunnyside, Washington 98944

Name of Sentencing Judicial Officer: The Honorable Fred L. Van Sickle, Senior U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: March 10, 2011

Original Offense:      Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison - 55 months      Type of Supervision: Supervised Release
                       TSR - 36 months

Revocation Sentence:    Prison - 12 months
March 9, 2016           TSR - 24 months

Asst. U.S. Attorney:      Thomas J. Hanlon      Date Supervision Commenced: March 2, 2017

Defense Attorney:      Rick Lee Hoffman      Date Supervision Expires: March 1, 2019

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1      **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

         **Supporting Evidence**: On April 2, 2017, Mr. Torres was arrested in Sunnyside, Washington, for disorderly conduct (RCW 9A.84.030) and obstructing a law enforcement officer (RCW 9A.76.020).

         Per Sunnyside Police Department report number 17S02477, officers were dispatched to a local dance hall due to a gang fight that carried over into the street. There were up to a dozen, and possibly more, people fighting. The reporting party overheard one of the individuals reference a gun. This individual, along with a small group, got into a vehicle and fled the scene. When officers attempted to contact the vehicle, the driver eluded officers. After a pursuit of approximately 1.5 miles through the city of Sunnyside, the vehicle came to a stop after leaving the roadway and stopping within a foot of a residence. As officers pulled up to the location, the four passengers exited the vehicle and began to run. An officer

yelled at them to stop as they were under arrest. The individuals continued to run. The officer drew his taser and continued yelling for them to stop. The slowest male looked at the officer, and put his hands up. He was instructed to get on the ground and complied. This individual was identified as Eric Torres (DOB 07/18/1976). He had a bloody mouth and a lump under his left eye. Two of the three other individuals were located a short distance later. They were Jason Garcia (DOB 09/26/1989), a known felon and documented criminal street gang member, and Jorge Albarran (DOB 12/22/1992), also a known felon and documented criminal street gang member.

2 **Special Condition # 15**: You shall not associate with known criminal street gang members or their affiliates.

**Supporting Evidence**: On April 3, 2017, Mr. Torres stated to this officer that he was at a dance hall in the city of Sunnyside on April 2, 2017. He stated that there were other individuals present that were threatening his life. He stated he was in fear for his life. He exited the event and got into a random vehicle, which was occupied by people he should not have contact with. They fled the scene and were pulled over. Mr. Torres stated that he was in violation of his supervision conditions and would be reporting this information to his Department of Corrections (DOC) officer as well.

Mr. Torres' statement to this officer was corroborated by Sunnyside Police Department report number 17S02477. As aforementioned in violation 1, Mr. Torres was arrested by Sunnyside police officers on April 2, 2017, along with two documented gang members, Jason Garcia (DOB 09/26/1989) and Jorge Albarran (DOB 12/22/1992).

3 **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Per Mr. Torres' above referenced condition of supervised release, he was instructed to submit to urinalysis (UA) testing on March 6, 2017. Mr. Torres provided a specimen for UA testing, which was presumptive positive for cocaine. Mr. Torres admitted to this officer that he consumed cocaine on or about March 5, 2017.

Mr. Torres is also supervised by the Washington State Department of Corrections (DOC). On March 23, 2017, Mr. Torres submitted to UA testing. He provided DOC officer Marilyn Sanchez a specimen that was presumptive positive for cocaine. The specimen was sent by DOC to their testing laboratory for confirmation. On March 27, 2017, the laboratory confirmed the specimen was positive for cocaine.

The U.S. Probation Office respectfully recommends the Court issue **a warrant** for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 13, 2017

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[XX] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/13/2017

Date