PROB 12C
(6/16)

Report Date: September 6, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eric Torres | Case Number: 0980 2:10CR02080-SAB-1 |
| Address of Offender: | Sunnyside, Washington 98944 |

Name of Sentencing Judicial Officer:  The Honorable Fred L. Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: March 10, 2011 | Date of Revocation Sentence: March 9, 2016 |
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) |
| Original Sentence: Prison - 55 months / TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: Prison - 12 months / TSR - 24 months | |
| Asst. U.S. Attorney: Scott Travis Jones | Date Supervision Commenced: March 2, 2017 |
| Defense Attorney: Rick Lee Hoffman | Date Supervision Expires: March 1, 2019 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/13/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 19**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On March 6, 2017, Mr. Torres was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Torres signed his judgment reflecting that he understood his conditions fully. |
| | On August 22, 2017, Mr. Torres called the undersigned officer and disclosed he relapsed on methamphetamine on August 19, 2017. He reported he was lonely and made contact with a female in downtown Spokane, Washington. Mr. Torres reported he decided to use methamphetamine and that he knew what he was doing was against his supervised release conditions. |
| | Mr. Torres signed a drug use admission from on August 24, 2017, stating he used methamphetamine on August 19, 2017. |

Prob12C
Re: Torres, Eric
September 6, 2017
Page 2

It is respectfully recommended that the Court incorporate the violation contained in this petition in all future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/06/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[xx] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/6/17

Date