PROB 12C
(6/16)

Report Date: May 29, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 29, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Eric Torres | Case Number: 0980 2:10CR02080-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99223 | |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge | |
| Date of Original Sentence: March 10, 2011 | Date of Revocation Sentence: March 9, 2016 |
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 55 months / TSR - 36 months    Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 12 months / TSR - 24 months |
| Asst. U.S. Attorney:    Scott Travis Jones | Date Supervision Commenced: March 2, 2017 |
| Defense Attorney:    Amy H. Rubin | Date Supervision Expires: March 1, 2019 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On March 6, 2017, Mr. Torres reported to the U.S. Probation Office. He was given a copy of his judgement and his conditions of supervision were explained to him.  Mr. Torres signed his judgement reflecting that he understood his conditions. |
| | Mr. Torres is in direct violation of special condition 19 by using methamphetamine and heroin between the dates of May 19 and 22, 2018. |
| | On May 22, 2018, the undersigned officer received information that Mr. Torres was in jail, for one night, due to a department of corrections (DOC ) violation. The undersigned officer contacted Mr. Torres' DOC officer, and was informed Mr. Torres had admitted to using methamphetamine and heroin that day. |
| | On May 23, 2018, Mr. Torres reported to the U.S. Probation Office and disclosed he had used methamphetamine and heroin. He supplied a urine sample that same date, which tested presumptive positive for methamphetamine and morphine (heroin). The sample has been sent to Alere Laboratories for confirmation. |

Prob12C
Re: Torres, Eric
May 29, 2018
Page 2

        Mr. Torres signed a drug use admission form stating he used methamphetamine and heroin on the dates of May 19 through May 22, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/29/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*s/Stanley A. Bastian*

Signature of Judicial Officer

May 29, 2018

Date